**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| ELECTRONICS AND TELECOMMUNICATIONS RESEARCH INSTITUTE; UNIVERSITY-INDUSTRY COOPERATION GROUP OF KYUNG HEE UNIVERSITY; INDUSTRY-UNIVERSITY COOPERATION FOUNDATION OF KOREA AEROSPACE UNIVERSITY; AND KWANGWOON UNIVERSITY INDUSTRY-ACADEMIC COLLABORATION FOUNDATION,<br><br>Plaintiffs,<br><br>v.<br><br>THE WALT DISNEY COMPANY, DISNEY MEDIA AND ENTERTAINMENT DISTRIBUTION LLC, DISNEY DTC LLC, DISNEY STREAMING SERVICES LLC, DISNEY ENTERTAINMENT & SPORTS LLC, DISNEY PLATFORM DISTRIBUTION, INC., BAMTECH, LLC, HULU, LLC, AND ESPN, LLC,<br><br>Defendants. | Civil Action No.<br><br>JURY TRIAL DEMANDED |

**INDUSTRY-UNIVERSITY COOPERATION FOUNDATION OF KOREA AEROSPACE UNIVERSITY'S RULE 7.1 DISCLOSURE STATEMENT**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel of record for Plaintiff Industry-University Cooperation Foundation of Korea Aerospace University certifies that there is no parent corporation and that no publicly held corporation owns ten (10) percent or more of the interest in Industry-University Cooperation Foundation of Korea Aerospace University.

Respectfully submitted,

Dated: October 7, 2026

**FARNAN LLP**

*/s/ Michael J. Farnan*
Brian Farnan (Bar No. 4089)
Michael Farnan (Bar No. 5165)
919 North Market Street
12th Floor
Wilmington, DE 19801
Phone: (302) 777-0300
bfarnan@farnanlaw.com
mfarnan@farnanlaw.com

*Attorneys for Plaintiffs*

Of Counsel:

**McKool Smith P.C.**

Kevin Schubert
kschubert@mckoolsmith.com
Emily Tannenbaum
etannenbaum@mckoolsmith.com
McKool Smith P.C.
1301 6th Ave, 32nd Floor
New York, NY 10019

Mitch Verboncoeur
mverboncoeur@mckoolsmith.com
McKool Smith P.C.
303 Colorado Street, Suite 2100
Austin, TX 78701

Chris McNett
cmcnett@mckoolsmith.com
Kyra Mouser
kmouser@mckoolsmith.com
McKool Smith P.C.
1717 K Street, NW, Suite 1000
Washington, DC 20006

Eric Hansen
ehansen@mckoolsmith.com
McKool Smith P.C.
300 Crescent Ct, Suite 1500
Dallas, TX 75201