**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| ELECTRONICS AND TELECOMMUNICATIONS RESEARCH INSTITUTE;<br>UNIVERSITY-INDUSTRY COOPERATION GROUP OF KYUNG HEE UNIVERSITY; INDUSTRY-UNIVERSITY COOPERATION FOUNDATION OF KOREA AEROSPACE UNIVERSITY; AND KWANGWOON UNIVERSITY INDUSTRY-ACADEMIC COLLABORATION FOUNDATION,<br><br>Plaintiffs,<br><br>v.<br><br>THE WALT DISNEY COMPANY, DISNEY MEDIA AND ENTERTAINMENT DISTRIBUTION LLC, DISNEY DTC LLC, DISNEY STREAMING SERVICES LLC, DISNEY ENTERTAINMENT & SPORTS LLC, DISNEY PLATFORM DISTRIBUTION, INC., BAMTECH, LLC, HULU, LLC, AND ESPN, LLC,<br><br>Defendants. | Civil Action No.<br><br>JURY TRIAL DEMANDED |

**<u>KWANGWOON UNIVERSITY INDUSTRY-ACADEMIC COLLABORATION FOUNDATION'S RULE 7.1 DISCLOSURE STATEMENT</u>**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel of record for Plaintiff Kwangwoon University Industry-Academic Collaboration Foundation certifies that there is no parent corporation and that no publicly held corporation owns ten (10) percent or more of the interest in Kwangwoon University Industry-Academic Collaboration Foundation.

Dated: October 7, 2026

Respectfully submitted,

**FARNAN LLP**

/s/ Michael J. Farnan
Brian Farnan (Bar No. 4089)
Michael Farnan (Bar No. 5165)
919 North Market Street
12th Floor
Wilmington, DE 19801
Phone: (302) 777-0300
bfarnan@farnanlaw.com
mfarnan@farnanlaw.com

*Attorneys for Plaintiffs*

Of Counsel:

**McKool Smith P.C.**

Kevin Schubert
kschubert@mckoolsmith.com
Emily Tannenbaum
etannenbaum@mckoolsmith.com
McKool Smith P.C.
1301 6th Ave, 32nd Floor
New York, NY 10019

Mitch Verboncoeur
mverboncoeur@mckoolsmith.com
McKool Smith P.C.
303 Colorado Street, Suite 2100
Austin, TX 78701

Chris McNett
cmcnett@mckoolsmith.com
Kyra Mouser
kmouser@mckoolsmith.com
McKool Smith P.C.
1717 K Street, NW, Suite 1000
Washington, DC 20006

Eric Hansen
ehansen@mckoolsmith.com
McKool Smith P.C.
300 Crescent Ct, Suite 1500
Dallas, TX 75201